## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DE'ON MOODY                                      CIVIL ACTION

VERSUS                                          NO. 17-10290 "H"(4)

ASSOCIATED WHOLESALE GROCERS, INC.

### ORDER OF DISMISSAL

       The Court having been advised by U.S. Chief Magistrate Judge Karen Wells Roby that all parties have firmly agreed upon a compromise in this matter;

       **IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

       **IT IS FURTHER ORDERED** that the bench trial of this matter scheduled to resume April 22, 2021 is hereby adjourned. The parties are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

       New Orleans, Louisiana, this 19th day of April, 2021.

*[signature]*

HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE